***United States District Court for the Northern District of Illinois***

Case Number: 08cv15 Assigned/Issued By: J. N.

Judge Name: KENDALL Designated Magistrate Judge: COLE

**FEE INFORMATION**

***Amount Due:***

- [x] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other ______________
- [ ] $455.00

Number of Service Copies ____________ Date: ________________________

(For Use by Fiscal Department Only)

Amount Paid: 350 Receipt #: 2432082

Date Payment Rec'd: 1-2-08 Fiscal Clerk: J. N.

**ISSUANCES**

- [x] Summons
- [ ] Third Party Summons
- [ ] Non Wage Garnishment Summons
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ ________________________
  (Type of Writ)
- [ ] Alias Summons
- [ ] Lis Pendens
- [ ] Abstract of Judgment
  ________________________
  ________________________
  (Victim, Against and $ Amount)

4 Original and 0 copies on 1-2-08 (Date) as to OFFICER BARNEY; CITY OF CHICAGO; OFFICER FITZGERALD; OFFICER FRAPOLLY