UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 15 |
| Mark Drury, | Honorable Judge Kendall |
| v. | Magistrate Judge Cole |
| Officer Barney #11095,<br>Officer Fitzgerald #5084,<br>Officer Frapolly #198,<br>and the City of Chicago | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jason Barney, Michael Fitzgerald, William Frapolly, and the City of Chicago, Defendants.

| | |
|---|---|
| SIGNATURE  /s/ Anne K. Preston | Assistant Corporation Counsel |
| FIRM  City of Chicago, Department of Law | |
| STREET ADDRESS  30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP  Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6287125 | TELEPHONE NUMBER  (312) 742-4045 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |