IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK DRURY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 08 C 15 |
| | ) | |
| OFFICER BARNEY #11095, | ) | Honorable Judge KENDALL |
| OFFICER FITZGERALD #5084, | ) | |
| OFFICER FRAPOLLY #198, | ) | Magistrate Judge COLE |
| and the CITY OF CHICAGO, | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Blake Horwitz
      Erica Faaborg
      Law Office of Blake Horwitz
      155 N. Michigan Ave.
      Suite 723
      Chicago, IL 60601

   **PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kendall, or before such other Judge sitting in her place or stead, on the 20th day of February, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard to present the attached Motion.

   **DATED** at Chicago, Illinois this 14th day of February, 2008.

                                             Respectfully submitted,

                                             /s/ Anne K. Preston
                                             ANNE K. PRESTON
                                             Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-4045
Atty. No. 6287125