IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK DRURY,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER BARNEY #11095, OFFICER FITZGERALD #5084, OFFICER FRAPOLLY #198, and the CITY OF CHICAGO,<br><br>    Defendants. | Judge Kendall<br>Magistrate Judge Cole<br><br>No. 08-cv-00015 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

JOINT STATUS REPORT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

> s/Erica Faaborg
> Erica Faaborg
> Law Offices of Blake Horwitz, Ltd.
> 155 N. Michigan, Suite 723
> Chicago, Illinois  60601
> Tel: (312) 616-4433
> Fax: (312) 565-7173