UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois — **CM/ECF LIVE, Ver 3.0**
Eastern Division

Mark Drury
                    Plaintiff,

v.                                              Case No.: 1:08–cv–00015
                                                Honorable Virginia M. Kendall

Officer Barney, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

    MINUTE entry before Judge Virginia M. Kendall : Initial Status hearing held. Parties report that the case has settled. Case is dismissed without prejudice with 2 weeks' leave to reinstate. If no party moves to reinstate this action by 3/25/2008, the case will be dismissed with prejudice and judgment will be entered accordingly. Civil case terminated. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.