IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

APR 0 1 2008

JUDGE VIRGINIA M. KENDALL
U.S DISTRICT COURT

| | |
|---|---|
| MARK DRURY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 15 |
| ) | |
| CHICAGO POLICE OFFICERS JASON ) | Judge Virginia M. Kendall |
| BARNEY (STAR # 11095), MICHAEL ) | |
| FITZGERALD (STAR # 5084), WILLIAM ) | Magistrate Judge Jeffrey Cole |
| FRAPOLLY (STAR #198) and the ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Blake Horwitz
Attorney for plaintiff,
Mark Drury
Law Offices of Blake Horwitz, Ltd.
155 N. Michigan, Suite 723
Chicago, Illinois 60601
(312) 616-4433
Attorney No. 33057

DATE: 3/20/08

Respectfully submitted,

_Anne K. Preston_
Anne K. Preston
Assistant Corporation Counsel
Attorney for Defendants
Jason Barney, Michael Fitzgerald,
William Frapolly, and City of Chicago,
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-4045
Attorney No. 6287125

DATE: 3/28/08

08 C 15