*HHN*

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 15 | **DATE** | 4/1/2008 |
| **CASE TITLE** | Drury vs. Barney | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal. Pursuant to the Stipulation filed by parties, this case is dismissed with prejudice in accordance with the terms of the Release and Settlement Agreement.

Docketing to mail notices.



| | Courtroom Deputy Initials: | KW |
|---|---|---|