HHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK DRURY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 15 |
| ) | |
| CHICAGO POLICE OFFICERS JASON ) | Judge Virginia M. Kendall |
| BARNEY (STAR # 11095), MICHAEL ) | |
| FITZGERALD (STAR # 5084), WILLIAM ) | Magistrate Judge Jeffrey Cole |
| FRAPOLLY (STAR #198) and the ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Mark Drury, by one of his attorneys, Blake Horwitz, and defendants, Jason Barney, Michael Fitzgerald and William Frapolly, by their attorney, Anne K. Preston, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Mark Drury, against defendants, City of Chicago, Jason Barney, Michael Fitzgerald and William Frapolly, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
The Honorable Virginia M. Kendall
United States District Judge

DATED: 4-1-08

Anne K. Preston
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 742-4045
Attorney No. 6287125